**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ROBERT STEVEN MIX**                                                **PLAINTIFF**

**v.**                      **Civil No. 06-5163**

**PUBLIC DEFENDER'S OFFICE;
JAY SAXTON, Chief Public
Defender; and JANETTE
McKINNEY, Chief Deputy
Public Defender**                                            **DEFENDANTS**

## O R D E R

Now on this 5th day of October, 2006, comes on for consideration the **Report and Recommendation of Magistrate Judge Beverly S. Jones** (document #5, filed September 14, 2006), and the letter response by plaintiff (document #6, filed on September 22, 2006), and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren
                                                      HON. JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE**